**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 13 |
| **JENNA RAMOS** | ) | Case No. 26-11568 djb |
| **Debtor** | ) | |
| | ) | |
| PEOPLE FIRST FEDERAL CREDIT | ) | |
| UNION | ) | MOTION FOR STAY RELIEF |
| Movant | ) | 2023 Palomino Puma RV |
| vs. | ) | |
| | ) | |
| JENNA RAMOS | ) | Hearing Date: October 1, 2026 |
| | ) | Hearing Time: 11:00 a.m. |
| Respondent | ) | Response Deadline: September 15, 2026 |

**MOTION OF PEOPLE FIRST FEDERAL CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY**

People First Federal Credit Union ("People First"), by and through its Attorneys, Gross McGinley LLP, respectfully presents the following Motion for Stay Relief pursuant to 11 U.S.C. §362(d) and in support thereof, alleges as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §157 and §1334, as well as 11 U.S.C. § 362.

2. On or about April 15, 2026, Debtor, Jenna Ramos ("Debtor"), filed a Petition for Relief under Chapter 13 of the United States Bankruptcy Code.

3. On July 6, 2023, Debtor obtained a loan from People First in the amount of $38,778.16 as evidenced by a Retail Installment Sale Contract, the obligations of which were secured by a first lien security interest in a certain 2023 Palomino Puma Recreational Vehicle with VIN Number 5ZT2PUSB8P4017849 ("RV") presently in the possession of the Debtor.

4. On or about May 6, 2026, People First filed a Proof of Claim identified as Claim 6 ("POC") evidencing a claim secured by the RV in the amount of $34,355.39 with $948.94 of pre-petition arrears. People First's POC and attachments thereto are incorporated herein as though set forth herein at length.

5. The estimated target market value of the RV as of April 15, 2026 was $28,050.00. Attached as **Exhibit "A"** is a copy of the Manufactured Home Appraisal which is incorporated herein by reference.

6. Debtor has filed a Chapter 13 Plan, however the Chapter 13 Plan does not provide for any payment to People First nor does it mention how the Debtor intends to treat this secured creditor under the Chapter 13 Plan. It is believed and therefore averred that the Debtor intends to surrender the RV to People First.

7. In breach of the Note, Debtor has not made the required monthly post-petition payments to People First and is presently due for the months of May through August 2026, totaling $1,897.88, exclusive of late charges, attorneys' fees and costs.

8. As of August 20, 2026, the Debtor is indebted to People First in the amount of $36,495.67 plus per diem interest, along with fees and costs recoverable under the Contract.

**People First Federal Credit Union is Entitled to Relief From the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)**

9. Pursuant to 11 U.S.C. Sections 362(d)(1), People First is entitled to relief from the automatic stay for sufficient cause, including the lack of adequate protection of People First's interest in the RV, by reason of the Debtor's failure to make monthly post-petition payments due under the Note from May through August 2026, and that the value of the RV is static or

decreasing while the lien upon the RV continues to increase, and there is little, if any, equity in the RV and People First would be irreparably harmed if relief is not granted.

10. The Movant requests that the 14-day period set forth in Rule 4001(a)(3) is hereby waived and any Order entered on this Motion shall take effect immediately upon its signing.

WHEREFORE, People First Federal Credit Union requests:

a) that the automatic stay issued pursuant to 11 U.S.C. Section 362 be modified to allow People First to pursue any and all available Pennsylvania state court remedies against the RV, including without limitation, repossession, replevin, and/or sale of the RV; and

b) That the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and any Order for relief from stay shall take effect immediately upon its execution;

c) That the Order for Stay Relief shall be binding in any conversion of this bankruptcy and be binding on the Debtor and any trustee appointed in this case;

d) such other additional relief as may be equitable and just under the circumstances.

Respectfully Submitted,
**GROSS MCGINLEY, LLP**

By: *<u>/s/Jessica S. Kaczinski</u>*
Jessica S. Kaczinski, Esquire
PA BAR I.D. #333860
33 S. 7th Street, PO Box 4060
Allentown, PA 18105
610- 820-5450 (P); 610-820-6006 (F)
Jkaczinski@grossmcginley.com

# EXHIBIT "A"

# Official Valuation Report

**Vehicle:** 2023 Palomino Puma 27RBQC (Travel Trailer)
**Region Baseline:** Allentown, Pennsylvania
**Condition Grade:** Standard Retail / Field Inspected

---

## 1. Market Valuation Summary

| Valuation Metric | Value Amount | Description / Notes |
|---|---|---|
| **Suggested List Price** | **$38,950** | Original MSRP base specification |
| **Low Retail Value** | **$23,250** | Heavy wear, visual blemishes, immediate needs |
| **Average Retail Base** | **$28,050** | **Target Market Value** (Clean condition) |
| **Allentown Regional Adj.** | **+$425** | Upward adjustments for regional market demand |
| **Final Adjusted Retail** | **$28,475** | Estimated private / dealer target price |

---

## 2. Regional Winter Weather Compliance Checklist

*Allentown, PA climate zone standards require specialized plumbing and structural basements.*

- **Insulated Underbelly: Pass** — Enclosed underbelly standard on 2023 base framework.
- **Furnace Output: Pass** — 35,000 BTU high-output furnace verified for sub-freezing limits.
- **Ducting System: Pass** — In-floor ducted heat tracks delivering balanced airflow to plumbing.
- **Tank Heating Pads: Optional Upgrade** — Check physical unit switches to confirm if 12V pads are active.

---

## 3. Equipment Group Matrices

**Value Leader Package (Standard Base Configuration)**

- Rear stabilizer jacks (Manual)
- 6-gal Gas/Electric DSI water heater
- Michael Jordan-signature styling interior accents
- Dual 20lb LP gas bottles with ABS molded cover
- Decorative kitchen backsplash tile print

**Elite Package (Value-Add Upgrades)**

- Electric awning with integrated multi-color LED light strip

- Oven with glass range cover + 3-burner cooktop
- Stainless steel microwave oven installation
- Upgraded AM/FM/Bluetooth stereo system
- Pre-wired for roof solar panel connectivity